IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED
JUL 20 2012
PATRICK E. DUFFY CLERK
BY_____
Deputy Clerk
U.S. DISTRICT COURT
BILLINGS DIVISION

| | |
|---|---|
| GLORIA WELLS,, | CV-11-69-BU-RFC-CSO |
| Plaintiff, | |
| vs. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF |
| SHERIFF JIM CASHILL, et al., | U.S. MAGISTRATE JUDGE |
| Defendants. | |

Plaintiff Gloria Wells has again failed to file an amended complaint as required by Magistrate Judge Ostby's Findings and Recommendations. Docs. 7 & 10.

Accordingly, **IT IS HEREBY ORDERED** that Wells's Complaint (doc. 2) is **DISMISSED.** The Clerk of Court is directed to enter a judgment of dismissal and close this case. Finally, the Clerk of Court shall have the docket reflect that the Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that any appeal of this decision would not be taken in good faith. Wells's failure to state a claim upon which relief may be granted is so clear

1

that no reasonable person could suppose that an appeal would have merit as she has failed to prosecute her case.

Dated this 26th day of July, 2012.

/s/ Richard F. Cebull
RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE